```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF TENNESSEE
              WESTERN DIVISION
```

RONNIE MONTGOMERY,

       Plaintiff,

vs.                              No. 05-2823-Ma/An

JOHN E. POTTER, et al.,

       Defendants.

FILED BY cg  D.C.
05 NOV 18  AM 11: 05

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D ___ MEMPHIS

## ORDER TO ISSUE SERVICE OF PROCESS

Plaintiff Ronnie Montgomery filed a *pro se* employment-related complaint and paid the filing fee. The Clerk shall record the defendants as John E. Potter, Postmaster General, American Postal Workers Union ("APWU") AFL-CIO, and APWU Memphis Local #0096.

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presentation of a copy of this order, the Clerk shall provide plaintiff three (5) blank, unsigned summonses. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summonses and presenting them to the Clerk for signature and seal. If the summonses are in proper form, the Clerk shall sign, seal, and issue them to the plaintiff for service on the defendants.[1] The plaintiff is responsible for ensuring that service is effected on

---

[1] Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05



defendant Potter pursuant to Fed. R. Civ. P. 4(i)(2)(A)[2] and on the other defendants pursuant to Fed. R. Civ. P. 4(h)(1).

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorneys for the defendants, or on the defendants if they have no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize himself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Pursuant to Fed. R. Civ. P. 4(i)(2)(A), the plaintiff is required to serve the United States attorney for this district, the Attorney General of the United States, and the Postmaster General.

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02823 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Ronnie Montgomery
7555 Woodshire Dr.
Horn Lake, MS 38637

Honorable Samuel Mays
US DISTRICT COURT